# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIANNA ADAME, | ) |
| Plaintiff, | ) Case No.  2:13-cv-00741-JCM-GWF |
| vs. | ) **ORDER** |
| NEVADA PROPERTY 1, LLC, d/b/a the Cosmopolitan of Las Vegas, | ) |
| Defendant. | ) |

This matter is before the Court on the Stipulation to stay proceedings until July 12, 2013 (#12) granted on June 25, 2013.  The parties advised the Court that if the parties do not resolve this dispute during the Stay Period and do not request an additional stay from the Court to continue settlement negotiations, the parties would file a proposed discovery plan within 10 days of the end of the Stay Period.  To date, the parties have not filed a request for an additional stay or proposed discovery plan.

**IT IS ORDERED** counsel for the parties shall file a status report by **August 5, 2013** advising the Court of the status of the settlement.

DATED this 25th day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge