Elayna J. Youchah, Bar No. 5837
youchae@jacksonlewis.com
Marcus B. Smith, Bar No. 12098
marcus.smith@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIANNA ADAME,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:13-cv-00741-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, hereby stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 24th day of September, 2013.

| THIERMAN LAW FIRM, P.C. | JACKSON LEWIS LLP |
|---|---|
| /s/ Joshua D. Buck | /s/ Elayna J. Youchah |
| Mark R. Thierman, Bar # 5135 | Elayna J. Youchah, Bar # 5837 |
| Joshua D. Buck, Bar # 12187 | Marcus B. Smith, Bar # 12098 |
| 7287 Lakeside Drive | 3800 Howard Hughes Parkway, Ste. 600 |
| Reno, Nevada 89511 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED September 26, 2103.

_____
UNITED STATES DISTRICT JUDGE